UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| KENTUCKY LEAGUE OF CITIES INSURANCE SERVICES ASSOCIATION | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO: 5:11CV-187-R |
| PLAINTIFF, | | |
| v. | | |
| | | **NOTICE OF REMOVAL** |
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY | | |
| DEFENDANT. | | |

\*\*   \*\*   \*\*   \*\*   \*\*   \*\*

Defendant Argonaut Great Central Insurance Company (hereinafter, "Argonaut") by counsel, hereby gives notice of the removal of this action from the McCracken Circuit Court, McCracken County, Kentucky, to the United States District Court for the Western District of Kentucky, Paducah Division, pursuant to 28 U.S.C. §§ 1441, *et seq.* The grounds for removal are as follows:

1. On or about June 27, 2011, a civil action captioned *Kentucky League of Cities Insurance Services Association v. Argonaut Great Central Insurance Company*, Case No. 11-CI-00687 (hereinafter "State Court Action") was filed in the McCracken Circuit Court, McCracken County, Kentucky.

2.     Copies of the Civil Summons and Complaint were served upon Argonaut through its registered agent on or about June 30, 2011.  A copy of the Complaint, Answer and/or all pleadings of record filed in the State Court Action are attached as exhibits.

3.     Thereafter, supplemental responses to Interrogatories and Request for Production of Documents were served by Plaintiff on November 4, 2011, and received by Defendant on or about November 7, 2011, from which it could first be ascertained that the amount in controversy made the case removable.  A copy of the Plaintiff's First Supplemental Answers to Defendant's First Set of Interrogatories and Request for Production of Documents is attached hereto as an exhibit.

4.     The State Court Action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 *et seq.*, in that:

   a.     Plaintiff Kentucky League of Cities Insurance Services Association is a liability self-insurance group organized and doing business in the Commonwealth of Kentucky.

   b.     Defendant Argonaut is an Illinois corporation, with its principal place of business located in Illinois.

   c.     The jurisdictional amount in controversy is believed to exceed $75,000 in this case.  The claims asserted in the State Court Action are based on an insurance coverage dispute between the two carriers involving allocation and payment of defense costs.

5.     This Notice of Removal is being filed within the statutorily allowed thirty-

day period after the date Defendant received information from which it could first be ascertained that the amount in controversy exceeds the jurisdictional limit for diversity actions, and less than one year from the filing of the Complaint.  28 U.S.C. § 1446(b).

6. Removal to this district and division is proper under 28 U.S.C. § 1441 because this is the district and division embracing the place where the action is pending.

7. True and accurate copies of this Notice of Removal with accompanying exhibits and Notice of Filing a Notice of Removal will be served upon Plaintiffs' counsel and filed with the Clerk of the McCracken Circuit Court, McCracken County, Kentucky, on this date, in accordance with the provisions of 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully notifies this Court that the action now pending against it in the McCracken Circuit Court has been removed to this Court in accordance with the foregoing statutory provisions.

GREEN & CHESNUT, PLLC
Chase Tower – Suite 1250
201 E. Main Street
Lexington, Kentucky 40507
Phone: (859) 475-1471
Fax: (859) 455-3332

/s/ Pamela Adams Chesnut
PAMELA ADAMS CHESNUT
pchesnut@greenandchesnut.com
ATTORNEYS FOR DEFENDANT,
ARGONAUT GREAT CENTRAL
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of November, 2011, I electronically filed

the foregoing with the clerk of the court by using the CM/ECF system.  This is to further certify that the foregoing has been served on the same day, by mailing a copy by U.S. Mail, postage prepaid to the following:

>Barry Miller
>Matthew D. Ellison
>FOWLER MEASLE & BELL PLLC
>300 West Vine Street, Suite 600
>Lexington, Kentucky 40507-1660

/s/ Pamela Adams Chesnut
COUNSEL FOR DEFENDANT